AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Helmick, Jeffrey J. | U.S. District Court, OH-N | 12/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1716 Spielbusch Avenue, Suite 210
Toledo, OH 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Member, Board of Trustees | ▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express Gold (previously known as American Express) | Credit Card | K |
| 2. | �incredible | Tuition | K |
| 3. | Discover | Credit Card | K |
| 4. | American Express Delta (X) | Credit Card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Trust #1 (H) | | | | | | | | | |
| 2.  -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 3. | | Int./Div. | | | Sold (part) | 2/21/17 | J | D | |
| 4.  -Colgate Palmolive Co. Stock | A | Dividend | | | Sold | 04/04/17 | J | D | |
| 5.  -Cullen High Dividend Equity Fund | A | Dividend | | | Sold | 02/21/17 | K | B | |
| 6.  -Dodge & Cox Int'l Stock Fund | A | Int./Div. | K | T | | | | | |
| 7.  -Doubleline Total Return Bond Fd *NEW* | A | Interest | J | T | | | | | |
| 8.  -Google, Inc. Stock Class A (Alphabet Inc) | | None | K | T | | | | | |
| 9.  -Intel Corp. | A | Dividend | K | T | | | | | |
| 10.  -iShares Core MSCI EAFE ETF | B | Int./Div. | L | T | | | | | |
| 11.  -iShares Core S&P SMALL-CAP ETF | A | Int./Div. | K | T | | | | | |
| 12.  -iShares Core S&P MID-CAP ETF | A | Int./Div. | K | T | | | | | |
| 13.  -iShares Core S&P 500 ETF | A | Int./Div. | K | T | | | | | |
| 14.  -JP Morgan US Equity Fund | A | Int./Div. | L | T | | | | | |
| 15.  -Neuberger Berman Emerg Mkts Eqty | A | Int./Div. | J | T | | | | | |
| 16.  -Riverpark/Wedgewood Fund | A | Dividend | | | Sold | 02/21/17 | J | A | |
| 17.  -Vanguard Emerging Markets Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Western Asset Core Plus Bond | A | Interest | | | | | | | |
| 19. -KT Short Term Tax-Free Fund | A | Dividend | N | T | | | | | |
| 20. | A | Int./Div. | | | Sold (part) | 1/24/17 | J | | |
| 21. | | | | | Sold (part) | 07/05/17 | K | A | |
| 22. -KT Short Term Deposit/Investment Fund | A | Dividend | J | T | | | | | |
| 23. -American Beacon Bridgeway (X) | A | Int./Div. | L | T | Buy | 02/21/17 | L | | |
| 24. IRA #1 (H) | | | | | | | | | |
| 25. -Merrill Lynch Cash/Money Account aka Bank of America NA RASP | A | Int./Div. | J | T | | | | | |
| 26. -Alcatel Lucent Stock | A | Int./Div. | | | Sold | 06/06/17 | J | | |
| 27. -Time Inc. Stock | A | Dividend | J | T | | | | | |
| 28. -Time Warner Inc. Stock | A | Dividend | J | T | | | | | |
| 29. -Charter Communications Inc (formerly Time Warner Cable Inc. Stock) | A | Dividend | J | T | | | | | |
| 30. Deferred Compensation #1 (H) | | | | | | | | | |
| 31. -Ohio DC Intermediate Bond | A | Int./Div. | J | T | | | | | |
| 32. -Ohio DC Stable Value Option | A | Int./Div. | K | T | | | | | |
| 33. -Dodge & Cox Stock Fund | B | Dividend | K | T | | | | | |
| 34. -Fidelity Contrafund CP (Formerly Fidelity Contrafund) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FPA Capital Stock Fund | A | Dividend | | | Sold | 6/2/17 | J | A | |
| 36. -Vanguard Capital Opportunity Stock Fund | A | Dividend | K | T | | | | | |
| 37. MetLife Whole Life (H) | A | Int./Div. | K | T | | | | | |
| 38. Morgan Stanley (H) | | | | | | | | | |
| 39. -3M Company Stock | A | Dividend | J | T | | | | | |
| 40. -Adient Plc Com Stock (distribution from JCI) | A | Distribution | | | Sold | 08/29/17 | J | A | |
| 41. -Advansix Inc Stock (distribution from Honeywell) | A | Distribution | | | Sold | 08/29/17 | J | A | |
| 42. -Amazon Com Inc Stock | A | Dividend | K | T | | | | | |
| 43. -American Water Works Co Stock | A | Dividend | J | T | | | | | |
| 44. -AMG Mngrs Fairpointe MDCP | A | Int./Div. | | | Sold | 08/29/17 | J | A | |
| 45. -AT&T Inc Stock | A | Dividend | J | T | | | | | |
| 46. -Bank of Hawaii Corp Stock | A | Dividend | J | T | | | | | |
| 47. -Chevron Corp | A | Dividend | | | Sold | 08/29/17 | J | | |
| 48. -Cincinnati Financial Ohio Stock | A | Dividend | J | T | | | | | |
| 49. -Cisco Sys Inc Stock | A | Dividend | | | Sold | 08/29/17 | J | C | |
| 50. -CME Group Inc Stock | A | Dividend | J | T | | | | | |
| 51. -Comcast Corp (New) Class A Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ConocoPhillips Stock | A | Dividend | | | Sold | 08/28/17 | J | | |
| 53. -Dow Chemical Co Stock | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 54. -Fremont Ohio City Sch Dist Sch Facs Cnstr & Impt Ser-b | B | Int./Div. | | | Sold | 08/18/17 | K | B | |
| 55. -General Electric Co Stock | A | Dividend | | | Sold | 08/29/17 | J | | |
| 56. -GlaxoSmithKline PLC ADS Stock | A | Dividend | | | Sold | 08/29/17 | J | | |
| 57. -Harbor Intl Inst | A | Int./Div. | J | T | Sold (part) | 08/29/17 | J | A | |
| 58. -Hilliard Ohio Sch Dist Sch Impt Ser-a (X) | B | Int./Div. | | | Sold | 08/18/17 | K | B | |
| 59. -Honeywell Intl Inc Stock | A | Dividend | J | T | | | | | |
| 60. -Huber Heights Ohio City Sch Dist | B | Int./Div. | | | Sold | 08/18/17 | K | B | |
| 61. -Intel Corp Stock | A | Dividend | K | T | | | | | |
| 62. -iShares Core MSCI EAFE ETF | C | Int./Div. | M | T | | | | | |
| 63. -iShares Russell MID-CAP ETF | A | Int./Div. | L | T | | | | | |
| 64. -Johnson Controls Intl Stock | A | Dividend | | | Sold | 08/29/17 | J | | |
| 65. -JPMorgan Chase & Co Stock | A | Dividend | K | T | | | | | |
| 66. -Kraft Heinz Co Stock | A | Dividend | K | T | | | | | |
| 67. -Lorain Cnty Ohio Swr Ss Impt Genl Oblig | A | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 68. -Lyondellbasell NV Stock | A | Dividend | | | Sold | 08/29/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -McDonalds Corp Stock | A | Dividend | J | T | | | | | |
| 70. -Medtronic PLC SHS Stock | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 71. -MetLife Inc Stock | A | Dividend | J | T | | | | | |
| 72. -Miamisburg Ohio Genl Oblig Ref | B | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 73. -Microsoft Corp Stock | A | Dividend | K | T | | | | | |
| 74. -Muskingum Cnty Ohio Cnty Facs Ref | A | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 75. -Neuberger Berman Em/Mk Eq Inst | A | Int./Div. | | | Sold | 08/29/17 | J | B | |
| 76. -New York Community Bancorp Inc Stock | A | Dividend | | | Sold | 08/29/17 | J | | |
| 77. -Ohio St | B | Int./Div. | | | Sold | 08/18/17 | K | B | |
| 78. -Ohio St Bldg Auth Facs Juvenile Correctional Rev Ref-b | B | Int./Div. | | | Sold | 08/18/17 | K | B | |
| 79. -Ohio St Bldg Auth Facs Adult Corr Bldg Fd Projs Rev-a | B | Int./Div. | | | Sold | 08/18/17 | J | A | |
| 80. -Ohio St Mental Health Cap Facs | A | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 81. -Ohio St Univ Gen Rcpts-a | A | Int./Div. | | | Sold | 08/18/17 | K | A | |
| 82. -Oracle Corp Stock | A | Dividend | J | T | | | | | |
| 83. -Pepsico Inc NC Stock | A | Dividend | J | T | | | | | |
| 84. -Pfizer Inc Stock | A | Dividend | J | T | | | | | |
| 85. -Phillip Morris Intl Inc Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -PNC Finl Svcs GP Stock | A | Dividend | J | T | | | | | |
| 87. -Republic Services Inc Stock | A | Dividend | J | T | | | | | |
| 88. -Rockwell Automation Inc Stock | A | Dividend | J | T | | | | | |
| 89. -Royce Premier Inv | A | Dividend | | | Sold | 08/29/17 | J | | |
| 90. -S & P 500 Index Fund | A | Int./Div. | K | T | Buy | 08/29/17 | K | | |
| 91. -Sherwin Williams Co Ohio Stock | A | Dividend | J | T | | | | | |
| 92. -Strongsville Ohio Ltd Genl Oblig | A | Int./Div. | | | Sold | 08/18/17 | K | B | |
| 93. -Target Corp Stock | A | Dividend | | | Sold | 08/29/17 | J | | |
| 94. -United Technologies Corp Stock | A | Dividend | J | T | | | | | |
| 95. -Verizon Communications Stock | A | Dividend | K | T | | | | | |
| 96. -Wells Fargo & Co NEW Stock | A | Dividend | J | T | | | | | |
| 97. -Welltower Inc Stock | A | Dividend | J | T | | | | | |
| 98. -Western Reserve Ohio Loc Sch Dist Mahoni | B | Int./Div. | | | Sold | 08/29/17 | K | A | |
| 99. -Biogen Inc (X) | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 100. -Boeing Co (X) | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 101. -Merck & Co Inc (X) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 102. -Qualcomm Inc (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Eaton Vance Tax Mgd Div Equ FD (X) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 104. -First TR Morningstar Div (X) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 105. -iShares iBoxx (X) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 106. -iShares iBoxx Invest (X) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 107. -iShares Russell MID-CAP G ETF (X) | A | Dividend | K | T | Buy | 08/29/17 | J | | |
| 108. -iShares Russell MID-CAP V ETF (X) | A | Dividend | K | T | Buy | 08/29/17 | J | | |
| 109. -Powershares Variable Rate PR (X) | A | Dividend | K | T | Buy | 08/29/17 | K | | |
| 110. -Brighthouse Finl Inc (X) | A | Dividend | | | Sold | 08/29/17 | J | A | |
| 111. -Pioneer Strategic Income Y (X) | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 112. -Vanguard Reit Etf (X) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 113. -Pimco Foreign Bd US $ Hedged (X) | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 114. -Apple Inc (X) | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 115. -Alphabet Inc (X) | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |
| 116. -American Express (X) | A | Int./Div. | J | T | Buy | 08/29/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Helmick, Jeffrey J. | 12/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding "Trust #1", the first listing in Part VII, my wife is the sole beneficiary of the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jeffrey J. Helmick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544